IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Fuentes, Juan M | Case Number: 04 B 28565 |
|---|---|---|
|  | Fuentes, Marizela A | Judge: Wedoff, Eugene R |
|  | Printed: 01/13/09 | Filed: 8/2/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: September 22, 2008
Confirmed: September 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 23,149.58 |  |
| Secured: |  | 201.30 |
| Unsecured: |  | 19,573.64 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 1,174.64 |
| Other Funds: |  | 0.00 |
| Totals: | 23,149.58 | 23,149.58 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,200.00 | 2,200.00 |
| 2. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Home Loan | Secured | 0.00 | 0.00 |
| 4. | Mortgage Electronic Registration Sys | Secured | 19,605.40 | 201.30 |
| 5. | Resurgent Capital Services | Unsecured | 644.51 | 2,906.86 |
| 6. | Resurgent Capital Services | Unsecured | 1,200.58 | 5,414.84 |
| 7. | Resurgent Capital Services | Unsecured | 55.26 | 249.23 |
| 8. | ECast Settlement Corp | Unsecured | 1,000.88 | 4,514.13 |
| 9. | B-First | Unsecured | 1,351.79 | 6,096.83 |
| 10. | Resurgent Capital Services | Unsecured | 86.86 | 391.75 |
| 11. | Schottler & Zukosky | Priority |  | No Claim Filed |
| 12. | Elmhurst Radiologists | Unsecured |  | No Claim Filed |
| 13. | Associated Path | Unsecured |  | No Claim Filed |
| 14. | AT&T | Unsecured |  | No Claim Filed |
| 15. | AT&T | Unsecured |  | No Claim Filed |
| 16. | CB Accounts | Unsecured |  | No Claim Filed |
| 17. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 18. | CRS | Unsecured |  | No Claim Filed |
| 19. | Collection Bureau Of America | Unsecured |  | No Claim Filed |
| 20. | Elmhurst Radiologists | Unsecured |  | No Claim Filed |
| 21. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 22. | Drs Ling Chenei & Arendt | Unsecured |  | No Claim Filed |
| 23. | Elmhurst Emergency Med Service | Unsecured |  | No Claim Filed |
| 24. | National Action Financial Services | Unsecured |  | No Claim Filed |
| 25. | Elmhurst Memorial Hospital | Unsecured |  | No Claim Filed |
| 26. | Friedman & Wexler LLC | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Fuentes, Juan M
Fuentes, Marizela A
Printed: 01/13/09

Case Number: 04 B 28565
Judge: Wedoff, Eugene R
Filed: 8/2/04

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Short Term Loans LLC | Unsecured | | No Claim Filed |
| 28. | Home Depot | Unsecured | | No Claim Filed |
| 29. | NCInc | Unsecured | | No Claim Filed |
| 30. | Schaumburg Interventional & Counseling | Unsecured | | No Claim Filed |
| 31. | TRS Services | Unsecured | | No Claim Filed |
| 32. | Associated Path | Unsecured | | No Claim Filed |
| 33. | Southwest Credit Systems | Unsecured | | No Claim Filed |
| 34. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| 35. | West Suburban Multi Specialty | Unsecured | | No Claim Filed |
| 36. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 37. | West Suburban Multi Specialty | Unsecured | | No Claim Filed |
| | | | $ 26,145.28 | $ 21,974.94 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 156.50 |
| 4% | 202.22 |
| 3% | 44.94 |
| 5.5% | 238.76 |
| 5% | 69.35 |
| 4.8% | 64.80 |
| 5.4% | 389.53 |
| 6.6% | 8.54 |
| | $ 1,174.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

